**Opinion issued June 30, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00458-CR

————————————

## IN RE HECTOR CLAUDIO, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Hector Claudio, has filed a petition for writ of mandamus, seeking an order compelling the trial court to grant his application for writ of habeas corpus.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1]  The underlying proceeding is *The State of Texas v. Hector Claudio*, cause number 2003899, in the County Criminal Court No. 7 of Harris County, Texas, the Honorable Pam Derbyshire presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.

Do not publish. *See* TEX. R. APP. P. 47.2(b).